IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Merva Diane Fako,<br>        Debtor(s),<br>Merva Diane Fako,<br>        Movant(s),<br>  v.<br>No Respondents, | Bankruptcy No. 18-70005-JAD<br>Chapter 13<br><br>Related to Document No. 11 |

### ORDER OF COURT

AND NOW, this \_\_\_\_7th\_\_\_\_ day of \_\_\_\_February\_\_\_\_, 2018, sufficient cause being present this Court grants the Debtor's request to vacate this Court's dismissal order found at DD#9 and the Petition schedule is to proceed on receipt of the Declaration of Electronic Filing.

BY THE COURT

_____
Jeffrey A. Deller, Chief Judge
US Bankruptcy Court, WD of PA

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
2/7/18 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA